■    In the Matter of the Estate of LEON M. RUCK, Deceased.  REUBEN RUCK, Appellant-Respondent; JEAN RUCK, Respondent-Appellant; SELMA R. HIRSH, Respondent.— Decree so far as appealed from unanimously affirmed, with costs to Selma Ruck Hirsh only, payable out of the estate.  No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.  [33 Misc 2d 687.]

■    THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BIRCH.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.  Motion to dismiss appeal denied.  Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. JAMES WILLIAMS.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.  Motion for leave to appeal as a poor person dismissed as academic in view of the disposition rendered on the motion decided herein.  Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. FINLEY.— Assignment of Anthony F. Marra, Esq. as counsel for defendant-appellant contained in the order of this court, entered on February 2, 1961, vacated and Michael R. Silberstein, Esq., of 507 East 161st St., Bronx, New York, is assigned as counsel for defendant-appellant in the place and stead of Anthony F. Marra, Esq.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. CLAUDE E. SEARCY.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.  Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD HARWOOD.— Motion for an enlargement of time granted only insofar as to extend the defendant's time to serve and file the record on appeal and his appellant's points to and including October 10, 1962, with notice of argument for the November, 1962 Term of this court, said appeal to be argued or submitted when reached.  In all other respects the motion is denied.  Motion for an order directing that the District Attorney, New York County, furnish defendant-appellant without charge two certified copies of all minutes and any other proceedings of the Grand Jury, and for other relief, denied in all respects.  Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■    ESTELVINA FROMETA, as Administratrix of the Estate of ENRIQUE FROMETA, Deceased v. B. E. P. HOLDING CORP., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 13, 1962, with notice of argument for September 25, 1962, said appeal to be argued or submitted when reached.  Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.